Thomas DELOR, Plaintiff–Appellant,

v.

INTERCOSMOS MEDIA GROUP, INC., Doing Business as DirectN-IC.com, Defendant–Appellee.

No. 06–30721
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 7, 2008.

Thomas Delor, Clearwater, FL, pro se.

David Anthony Vinterella, Intercosmos Media Group Inc., New Orleans, LA, for Defendant–Appellee.

Before SMITH, GARZA, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appellant describes the only issue on appeal as "[w]hether the President of the New Orleans Trial Bar Association is fit to preside in a pro se litigant case." The district court denied appellant's motion to disqualify the judge on the ground complained of.

The appeal of that order is plainly frivolous and, accordingly, is DISMISSED. *See* 5TH CIR. R. 42.2. Appellee's motion for sanctions under FED. R.APP. P. 38 is GRANTED. Appellant is assessed double costs on appeal plus attorney's fees of $1,500. Appellee's actual reasonable attorney's fees may be in excess of that amount, but we have the latitude to assess costs in a lesser amount. Appellant is warned that further vexatious or meritless filings in this court or the district court can result in additional sanctions.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.